IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00872-KLM

DAVID R. FISCHER, an individual,

    Plaintiff,

v.

JACOB J. LEW, Secretary of the Department of the Treasury, in his official capacity,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate Scheduling Conference and To Stay Discovery** [#12] (the "Motion"). Plaintiff initiated this matter on March 25, 2014. *Compl.* [#1]. On March 27, 2014, the undersigned issued an Order [#4] setting a Scheduling Conference for July 28, 2014. On May 29, 2014, Defendant filed an Answer [#7] to the Complaint. On June 23, 2014, Plaintiff's counsel was permitted to withdraw, leaving Plaintiff to proceed in this matter as a pro se litigant. *Minute Order* [#9]. On July 1, 2014, Defendant filed a Motion for Judgment on the Pleadings [#10]. Defendant now seeks to vacate the Scheduling Conference until after the Motion for Judgment on the Pleadings is determined.

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. The Scheduling Conference set for July 28, 2014 at 9:30 a.m. is **VACATED**. It shall be reset, if necessary, after resolution of Defendant's Motion for Judgment on the Pleadings [#10].

    Dated: July 17, 2014