IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00872-REB-KLM

DAVID R. FISCHER, an individual,

     Plaintiff,

v.

JACOB J. LEW, Secretary of the Department of the Treasury, in his official capacity,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Motion for Judgment on the Pleadings** [#10] (the "Motion").  On November 3, 2014, the undersigned issued a Recommendation [#19] that this matter be dismissed based on Plaintiff's failure to prosecute.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#10] is **DENIED without prejudice as moot**.

     Dated:  November 17, 2014