**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00872-REB-KLM

DAVID R. FISCHER, an individual,

     Plaintiff,

v.

JACOB J. LEW, Secretary of the Department of the Treasury, in his official capacity,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#21] of Judge Robert E. Blackburn entered on January 28, 2016 it is

ORDERED that the complaint [#1] of the plaintiff is dismissed with prejudice as a sanction for failure to comply with the duly issued orders of the court and failure to prosecute; it is

ORDERED judgment with prejudice enters in favor of the defendant, Jacob J. Lew, Secretary of the Department of the Treasury, and against the plaintiff, David R. Fischer, on all claims for relief and causes of action asserted in the complaint; it is

ORDERED that the defendant is awarded his costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 28th day of January, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk